**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DAVID SAWYER AS THE ADMINISTRATOR OF THE ESTATE OF MARY E. SAWYER, DECEASED, | : No. 820 MAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| RITA SAWYER, M.D., | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.